UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25135-CIV-ALTONAGA

**ADIDAS AG**, *et al.*,

    Plaintiffs,

v.

**THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc.'s Motion to Unseal [ECF No. 16], filed on November 17, 2025.  Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc.'s Motion to Unseal **[ECF No. 16]** is **GRANTED**. The Clerk of Court is **DIRECTED** to unseal all docket entries in this case and place them on the public docket.

**DONE AND ORDERED** in Miami, Florida, this 17th day of November, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record